UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Meisels, et. al.            :
                            :
        V.                  :        Civil Action
                            :        No: 2:09-cv-00241-BWK
Weinstein, et. al.          :
                            :

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, Premier Estates NY, Inc._, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

❏ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

                                    /s/ Brad J. Spiller BJS27720
_____        _____
Date                                Signature

                    Counsel for:    Plaintiffs

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock;  or
   
   (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.