UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Meisels, et. al.

V.

Weinstein, et. al.

Civil Action No: 2:09-cv-00241-BWK

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, Premier Estates NY, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

Date: _____   Signature: /s/ Brad J. Spiller BJS27720

Counsel for: Plaintiffs

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.